# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN WARDEN

VERSUS

ELDORADO RESORTS, INC. D/B/A
BELLE OF BATON ROUGE

NO.   2021 CW 1552

**FEBRUARY 14, 2022**

---

In Re:     Catfish Queen Partnership in Commendam d/b/a the Belle
           of Baton Rouge Casino, applying for supervisory writs,
           19th Judicial District Court, Parish of East Baton
           Rouge, No. 678815.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED WITH ORDER.**   We vacate the trial court's
August 13, 2021 judgment that denied the motion for summary
judgment filed by the defendant, Catfish Queen Partnership in
Commendam d/b/a the Belle of Baton Rouge Casino.   The trial
court failed to "state on the record or in writing the reasons
for granting or denying the motion[s]" as required by La. Code
Civ. P. art. 966(C)(4). See **James as Co-Trustees of Addison
Family Trust v. Strobel,** 2019-0787 (La. App. 1st Cir. 6/24/20),
2020 WL 3446635 (unpublished), recognizing this provision is
mandatory.   Thus, this matter is remanded to the trial court for
compliance with La. Code Civ. P. art. 966(C)(4).

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT